# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

ANTHONY SIMMS,

    Petitioner,

vs.

BUREAU OF PRISONS,

    Respondent.

CIVIL ACTION NO.: CV514-069

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**, without prejudice, due to Simms' failure to exhaust his available administrative remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 15 day of December, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)